## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SILVIA CABRERA,

    Plaintiff,

v.                                                                  CV No. 19-720 GJF/CG

CITY OF HOBBS, et al.,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

**THIS MATTER** is before the Court on the Rule 16 Initial Scheduling Conference and the parties' *Joint Status Report and Provisional Discovery Plan*, (Doc. 15), filed October 28, 2019. The Court adopts the *Joint Status Report and Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc. 25).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE