# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SILVIA CABRERA,

    Plaintiff,

v.                                                                                      CV No. 19-720 GJF/CG

CITY OF HOBBS, et al,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Vacate Settlement Conference* (the "Motion"), (Doc. 33), filed December 17, 2019. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the January 22, 2020 settlement conference, the January 14, 2020 status conference, and all accompanying deadlines are hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE