IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SILVIA CABRERA,

        Plaintiff,

v.                                               CV No. 19-720 GJF/CG

CITY OF HOBBS, et al,

        Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF STIPULATED CONFIDENTIALITY ORDER

**THIS MATTER** is before the Court on Defendant Joshua Gordon's *Unopposed Motion for Entry of Stipulated Confidentiality Order* (the "Motion"), (Doc. 44), filed February 24, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties are governed by a Stipulated Confidentiality Order to protect confidential materials that are subject to discovery and disclosure in this case. The items the parties identify as confidential shall not be subject to public disclosure and may be filed under seal if placed on the case docket. When an item is filed under seal on the case docket, the filing party must attach the provision which governs confidentiality of the document. This may include attaching the pertinent portion of the Stipulated Confidentiality Order as an exhibit to the document or indicating the opposing parties' consent to file the particular item under seal.

        **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE