**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

SILVIA CABRERA,

             Plaintiff,

v.                                         CV No. 19-720 GJF/CG

CITY OF HOBBS, et al,

             Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND
CASE MANAGEMENT DEADLINES**

**THIS MATTER** is before the Court on Plaintiff Silvia Cabrera's *Unopposed Motion to Extend Select Case Management Deadlines* (the "Motion"), (Doc. 46), filed March 6, 2020. In the Motion, Plaintiff explains depositions were recently rescheduled because of adverse weather. (Doc. 46 at 1). As a result, Plaintiff requests additional time to complete discovery and other associated deadlines. *Id.* at 2. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

        **IT IS THEREFORE ORDERED**:

1. Plaintiff shall disclose her experts no later than **April 20, 2020**;

2. Defendants shall disclose their experts no later than **May 21, 2020**;

3. Discovery shall be completed by **June 18, 2020**;

4. Discovery motions shall be filed by **July 10, 2020**; and

5. Pretrial Motions shall be filed by **July 20, 2020**.

        As a result of these extensions, the parties are advised that the date for both the pretrial conference and the trial are subject to change.

        **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE