IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SILVIA CABRERA,

    Plaintiff,

v.                                                      CV No. 19-720 GJF/CG

CITY OF HOBBS, et al.,

    Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES**

**THIS MATTER** is before the Court on Plaintiff Silvia Cabrera's *Unopposed Motion to Extend Select Case Management Deadlines* (the "Motion"), (Doc. 53), filed April 21, 2020. In her Motion, Plaintiff explains that due to national social distancing guidelines and the New Mexico Governor's stay-at-home order, the parties' upcoming depositions were vacated by agreement. (Doc. 53 at 2). Having reviewed the Motion, and noting it is unopposed, the Court finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED**:

1. Plaintiff shall disclose her experts no later than **May 21, 2020**;
2. Defendants shall disclose their experts no later than **June 22, 2020**;
3. Discovery shall be completed by **July 20, 2020**;
4. Discovery motions shall be filed by **August 10, 2020**; and
5. Pretrial Motions shall be filed by **August 19, 2020**.

All other deadlines provided in the *Amended Order Setting Jury Trial*, (Doc. 48), shall remain unchanged.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE