# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

SILVIA CABRERA,

    Plaintiff,

v.                                                                                           Civ. No. 19-720 GJF/CG

CITY OF HOBBS, et al.,

    Defendants.

## ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE

THIS MATTER is before the Court upon Plaintiff's Motion to Dismiss Plaintiff's Complaint with Prejudice. ECF 122. The Court has reviewed the Motion and is not convinced that it is necessary—particularly as the Court has *already* (1) dismissed this case with prejudice, (2) entered final judgment, and (3) watched the appeal deadline expire. *See* ECFs 112-13; 117-18. Nevertheless, to the extent the parties believe there is anything still left to dismiss,[1] the Court will err on the side of granting Plaintiff's Motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion is **GRANTED** and Plaintiff's Complaint is again **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*

---

[1] *See* THE PRINCESS BRIDE (Rob Reiner dir., 20th Century Fox, 1987) (expressing the view that "[t]here's a big difference between *mostly dead* and *all dead*. Mostly dead is slightly alive").